IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON ISSAC RICHARDSON,　　　　　　　　　　　　No. C 07-03753SI

　　　　　Plaintiff,　　　　　　　　　　　　　　　　**NOTICE**

　v.

EMILIO T. GONZALEZ,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, November 2, 2007, at 2:00 p.m.  The initial Case Management Conference Statement shall be filed one week prior to the conference.

Dated: July 26, 2007　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk



　　　　　　　　　　　　　　　　　　　　　　　　　Tracy Sutton
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk