1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 RON ISSAC RICHARDSON,              )
                                      ) No. C 07-3753 SI
13                Plaintiff,          )
                                      )
14        v.                          )
                                      ) **STIPULATION TO EXTEND DATES;**
15 EMILIO T. GONZALEZ, Director of U.S.) **and [PROPOSED] ORDER**
   Department of Homeland Security,   )
16 Citizenship and Immigration Services;)
   MICHAEL CHERTOFF, U.S. Secretary of )
17 Homeland Security,                 )
                                      )
18                Defendants.         )
                                      )
19

20     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to the following:

22     1. Plaintiff filed this action on or about July 20, 2007, and Defendants' Response is currently

23 due on September 21, 2007.

24     2. Pursuant to this Court's July 20, 2007 Order Setting Initial Case Management Conference,

25 the parties are required to file a joint case management statement on October 19, 2007, and attend a

26 case management conference on October 26, 2007.

27     3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

28 and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

Stip to Ext Time
C 07-3753 SI                                       1

this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendants' Response: | October 22, 2007 |
| Last day to file Joint ADR Certification: | November 2, 2007 |
| Last day to file/serve Joint Case Management Statement: | November 16, 2007 |
| Case Management Conference: | November 23, 2007 at 2:00 p.m. |

Dated: September 18, 2007         Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


            /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants


Dated: September 17, 2007              /s/
ROBERT BAIZER
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
SUSAN ILLSTON
United States District Judge

Stip to Ext Time
C 07-3753 SI                            2