SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON ISSAC RICHARDSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, Director of U.S. Department of Homeland Security, Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security,<br><br>　　　　　　Defendants. | No. C 07-3753 SI<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　1. Plaintiff filed this action on or about July 20, 2007, and Defendants' Response is currently due on September 21, 2007.

　　2. Pursuant to this Court's July 20, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on October 19, 2007, and attend a case management conference on October 26, 2007.

　　3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

Stip to Ext Time
C 07-3753 SI　　　　　　　　　　　　　　1

1  this Court to extend the dates in the Court's scheduling order as follows:

2      Defendants' Response:    October 22, 2007

3      Last day to file Joint ADR Certification:    November 2, 2007

4      Last day to file/serve Joint Case Management Statement:    November 16, 2007

5      Case Management Conference:    November 23, 2007 at 2:00 p.m.

6

7  Dated: September 18, 2007    Respectfully submitted,

    SCOTT N. SCHOOLS
8      United States Attorney

9

10          /s/
    MELANIE L. PROCTOR
11      Assistant United States Attorney
    Attorney for Defendants
12

13

14  Dated: September 17, 2007      /s/
    ROBERT BAIZER
    Attorney for Plaintiff
15

16

17  **ORDER**

18      Pursuant to stipulation, IT IS SO ORDERED.

19

20  Date:

21      SUSAN ILLSTON
    United States District Judge

22

23

24

25

26

27

28

Stip to Ext Time
C 07-3753 SI    2