1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6730
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  RON ISSAC RICHARDSON,              )
                                       )  No. C 07-3753 SI
13              Plaintiff,             )
                                       )
14         v.                          )
                                       )
15  EMILIO T. GONZALEZ, Director of U.S.  )  **STIPULATION TO EXTEND DATES;**
    Department of Homeland Security,   )  **and [PROPOSED] ORDER**
16  Citizenship and Immigration Services;  )
    MICHAEL CHERTOFF, U.S. Secretary of  )
17  Homeland Security,                 )
                                       )
18              Defendants.            )
                                       )
19  ─────────────────────────────────

20      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to the following:

22      1.  Plaintiff filed this action on or about July 20, 2007, and Defendants' Response is currently

23  due on September 21, 2007.

24      2.  Pursuant to this Court's July 20, 2007 Order Setting Initial Case Management Conference,

25  the parties are required to file a joint case management statement on October 19, 2007, and attend a

26  case management conference on October 26, 2007.

27      3.  In order to allow sufficient time for USCIS to consider an alternative resolution to this case

28  and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

Stip to Ext Time
C 07-3753 SI                           1

1  this Court to extend the dates in the Court's scheduling order as follows:

2     Defendants' Response:                                    October 22, 2007

3     Last day to file Joint ADR Certification:                November 2, 2007

4     Last day to file/serve Joint Case Management Statement:  November 16, 2007

5     Case Management Conference:                              November 2~~3~~, 2007 at 2:00 p.m.
                                                                       30

6
7  Dated: September 18, 2007                    Respectfully submitted,

8                                               SCOTT N. SCHOOLS
                                                United States Attorney

9

10                                             _____/s/_____
                                                MELANIE L. PROCTOR
11                                              Assistant United States Attorney
                                                Attorney for Defendants
12

13

14 Dated: September 17, 2007                    _____/s/_____
                                                ROBERT BAIZER
                                                Attorney for Plaintiff
15

16

17                                  **ORDER**

18         Pursuant to stipulation, IT IS SO ORDERED.

19

20

21 Date: _____

22                                              SUSAN ILLSTON
                                                United States District Judge

23

24

25

26

27

28