1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-6927
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
    RON ISSAC RICHARDSON,            )       No. C 07-3753 SI
12                                   )
                        Plaintiff,   )
13                                   )
            v.                       )
14                                   )
    EMILIO T. GONZALEZ, Director of U.S.  )  DEFENDANTS' MOTION TO DISMISS
15  Department of Homeland Security;  )
    MICHAEL CHERTOFF, Secretary,     )       Date:   November 30, 2007
16  Department of Homeland Security,  )      Time:   9:00 a.m.
                                     )       Court: 10, 19th Floor
17                      Defendants.   )
                                     )
18

19                  **I.   INTRODUCTION**

20          Plaintiff Ron Issac Richardson ("Plaintiff") asks the Court to enter an order directing

21  Defendants to forward his approved visa petition to the National Visa Center. On

22  September 21, 2007, the U.S. Citizenship and Immigration Services ("USCIS") transmitted the

23  petition at issue to the National Visa Center. Accordingly, the Complaint should be dismissed for

24  mootness.

25                      **II.   FACTS**

26          On December 11, 2001, Plaintiff filed three immigrant visa petitions, Form I-130, with the

27  USCIS California Service Center, on behalf of his wife and her children. Complaint, p. 3 ¶ 8.

28  USCIS approved the petitions on July 15, 2003; however, the consular officer who interviewed

1  Plaintiff's wife was not satisfied that the marriage was genuine.  Id., p. 3 ¶¶ 8, 9.   On
2  February 23, 2005, the Department of State returned the petition to USCIS for further review.  Id.
3  As set forth in the Complaint, USCIS reaffirmed the petitions on behalf of Plaintiff's step children,
4  and returned them to the National Visa Center ("NVC") for consular review.   Id., p. 3 ¶ 10.

5  In July 2006, USCIS notified Plaintiff of its intent to revoke the approved petition of his
6  wife.  Id., p. 4 ¶ 11.   On November 8, 2006, USCIS reaffirmed its finding that the petition was
7  properly approved, and sent the reaffirmed approval notice to the Department of State.  Id.  Plaintiff
8  filed the instant Complaint on July 20, 2007.  On September 17, 2007, USCIS again reaffirmed the
9  petition, and on September 21, 2007, the U.S. Department of State's National Visa Center ("NVC")
10  received the approved visa petition.  See Declaration of Kurt G. Gooselaw ("Gooselaw Decl.").

## III.  ANALYSIS

12  Plaintiff asks the Court to enter an order compelling USCIS to forward the petition to the
13  National Visa Center.  However, USCIS has again transmitted the approved visa petition to the
14  Department of State. Gooselaw Decl., p. 2 ¶ 2. Accordingly, Plaintiff's claim against USCIS is now
15  moot.  Spencer v. Kemna, 523 U.S. 1, 7 (1998) (stating a case is moot when it no longer presents
16  a case or controversy under Article III, § 2 of the Constitution).  There are no remaining issues to
17  be litigated, and the Complaint should be dismissed.[1]

## IV.  CONCLUSION

19  For the foregoing reasons, Defendants respectfully request the Court to grant summary
20  judgment in their favor.

21  Dated: October 22, 2007                              Respectfully submitted,

22                                                       SCOTT N. SCHOOLS
23                                                       United States Attorney

24                                                       _____/s/_____
25                                                       MELANIE L. PROCTOR
                                                         Assistant United States Attorney
26                                                       Attorneys for Defendants

27       [1]Defendants note that Plaintiff asks for attorneys fees, and argue that because the case is
28  moot, he is not a prevailing party such that he is entitled to fees.  Defendants respectfully request
     the opportunity to fully brief that issue, if necessary.

DEFENDANTS' MOTION
No. C 07-3753 SI                    2