SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON ISSAC RICHARDSON, | No. C 07-3753 SI |
|     Plaintiff, | |
| v. | |
| EMILIO T. GONZALEZ, Director of U.S. Department of Homeland Security; MICHAEL CHERTOFF, Secretary, Department of Homeland Security, | DECLARATION OF KURT G. GOOSELAW |
|     Defendants. | |

I, Kurt G. Gooselaw, declare and state as follows:

    1.    I am employed by the United States Citizenship and Immigration Services, at the California Service Center, as a Supervisor Center Adjudications Officer, and currently temporarily serve as the Assistant Center Director. My current employment address is 24000 Avila Road, Laguna Niguel, California 92677. I have reviewed the electronic records relating to the visa petition at issue in the above-captioned matter.

///

///

///

///

GOOSELAW DECLARATION
No. C 07-3753 SI

1   2.   On September 17, 2007, USCIS transmitted the approved visa petition to the National
Visa Center.

A true and correct copy of said documents accompanies this declaration.

Signed this 19th day of October, 2007, in Laguna Niguel, California.

KURT G. GOOSELAW

GOOSELAW DECLARATION
No. C 07-3753 SI                                2