SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON ISSAC RICHARDSON,<br><br>    Plaintiff,<br><br>  v.<br><br>EMILIO T. GONZALEZ, Director of U.S. Department of Homeland Security, Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security,<br><br>    Defendants. | No. C 07-3753 SI<br><br>**ERRATA–CORRECTED DECLARATION OF KURT GOOSELAW** |

  Defendants hereby submit the attached corrected Declaration of Kurt Gooselaw. The version filed on October 22, 2007 with Defendants' Motion erroneously referred to attached documents. No documents were attached to the declaration.

Dated: October 23, 2007      Respectfully submitted,

                SCOTT N. SCHOOLS
                United States Attorney


                /s/
                MELANIE L. PROCTOR
                Assistant United States Attorney
                Attorney for Defendants

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MELANIE L. PROCTOR (CSBN 228971)<br>Melanie.Proctor@usdoj.gov |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-6730<br>FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RON ISSAC RICHARDSON, | ) | No. C 07-3753 SI |
| Plaintiff, | ) | |
| v. | ) | |
| EMILIO T. GONZALEZ, Director of U.S.<br>Department of Homeland Security;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, | ) | DECLARATION OF KURT G. GOOSELAW |
| Defendants. | ) | |

I, Kurt G. Gooselaw, declare and state as follows:

1.  I am employed by the United States Citizenship and Immigration Services, at the California Service Center, as a Supervisor Center Adjudications Officer, and currently temporarily serve as the Assistant Center Director. My current employment address is 24000 Avila Road, Laguna Niguel, California 92677. I have reviewed the electronic records relating to the visa petition at issue in the above-captioned matter.

///

///

///

///

GOOSELAW DECLARATION
No. C 07-3753 SI

1      2.    On September 17, 2007, USCIS transmitted the approved visa petition to the National
2  Visa Center.

    Signed this 22nd day of October, 2007, in Laguna Niguel, California.

                                              KURT G. GOOSELAW