IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON ISSAC RICHARDSON,                              No. C 07-03753SI

      Plaintiff,                              **NOTICE**

  v.

EMILIO T. GONZALEZ,

      Defendant.
                                       /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the defendant's motion to dismiss has been continued to Friday, December 7, 2007, at 9:00 a.m.

Dated: October 24, 2007                              RICHARD W. WIEKING, Clerk

                                                                    Tracy Sutton
                                                                    Deputy Clerk

**United States District Court**
For the Northern District of California