SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RON ISSAC RICHARDSON, | ) | No. C 07-3753 SI |
| | ) | |
|            Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMILIO T. GONZALEZ, Director of U.S. | ) | JOINT REQUEST TO BE EXEMPT FROM |
| Department of Homeland Security; | ) | FORMAL ADR PROCESS |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security, | ) | |
| | ) | |
|            Defendants. | ) | |
| | ) | |

       Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

       Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to expeditiously process his petition for a visa for his wife. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request

JOINT REQUEST TO BE EXEMPT FROM ADR
No. C 07-3753 SI

the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 2, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: November 1, 2007    /s/
RICHARD BAIZER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

SUSAN ILLSTON
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT REQUEST TO BE EXEMPT FROM ADR
No. C 07-3753 SI                           2