SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON ISSAC RICHARDSON, | ) |
|         Plaintiff, | ) No. C 07-3753 SI |
| v. | ) |
| EMILIO T. GONZALEZ, Director of U.S. Department of Homeland Security, Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, | ) **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
|         Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's Immigrant Petition for Relative (Form I-130).

    Each of the parties shall bear their own costs and fees.

///

///

Stip to Dismiss
C 07-3753 SI                              1

Dated: November 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: November 13, 2007

_____/s/_____
ROBERT BAIZER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

SUSAN ILLSTON
United States District Judge