1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON ISSAC RICHARDSON, | ) No. C 07-3753 SI |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
| EMILIO T. GONZALEZ, Director of U.S. Department of Homeland Security, Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, | ) **[PROPOSED] ORDER** |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's Immigrant Petition for Relative (Form I-130).

Each of the parties shall bear their own costs and fees.

///

///

Stip to Dismiss
C 07-3753 SI                                              1

1 | Dated: November 13, 2007            Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                               /s/
                                        MELANIE L. PROCTOR
                                        Assistant United States Attorney
                                        Attorney for Defendants


8 | Dated: November 13, 2007                   /s/
                                        ROBERT BAIZER
                                        Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                        SUSAN ILLSTON
                                        United States District Judge

Stip to Dismiss
C 07-3753 SI                    2